**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| In the Matter of | : No. 37 DB 2017 (No. 34 RST 2017) |
| | : |
| | : |
| R. GREGORY HENNIGER | : Attorney Registration No. 40029 |
| | : |
| PETITION FOR REINSTATEMENT | : |
| FROM ADMINISTRATIVE SUSPENSION | : (Out of State) |

# O R D E R

**PER CURIAM**

    **AND NOW**, this 15th day of May, 2017, the Report and Recommendation of Disciplinary Board Member dated May 5, 2017, is approved and it is ORDERED that R. Gregory Henniger, who has been on Administrative Suspension, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.